# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEVIN C. COBBINS

NO. 2023 KW 0123

**JULY 17, 2023**

---

In Re: Kevin C. Cobbins, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2000848.

---

**BEFORE: THERIOT, WOLFE, AND GREENE, JJ.**

**WRIT DENIED.**

MRT
EW
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT